**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

In re:

COMSERO, INC.

    Debtor(s).

Case No. 23-15959 MER

Chapter 11

**NOTICE OF PRELIMINARY HEARING**

PLEASE TAKE NOTICE that the following matter has been set for a telephonic preliminary hearing before the Honorable Michael E. Romero to be held on a trailing docket **on Monday, April 01, 2024, at 1:30 p.m.** Your matter has been set for a non-evidentiary hearing of not more than fifteen (15) minutes. If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing will be used as a scheduling conference and the matter will be reset to a later date.

All information regarding telephonic appearances, including the phone number, is available on the Court's website at:
 https://www.cob.uscourts.gov/content/judge-michael-e-romero-mer.

The matter set is: Debtor's Application to Employ and Compensate New Mill Capital Holdings, LLC, as Auctioneer for the Trustee and to Sell Assets and the objection filed by Old Vine - Pinnacle Associates, LLC, et al.

NOTICE IS FURTHER GIVEN that in the event the matter is resolved, the hearing shall be vacated only upon (1) receipt of a stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or via telephone, who shall read the agreement into the record.

DATED March 4, 2024

BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Deborah L. Beatty, Deputy Clerk
    United States Bankruptcy Court
    U.S. Custom House
    721 19th Street
    Denver, Colorado 80202-2508